FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2011 APR 14  AM 11: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                                      Case No. 3:11-cr-54-J-20TEM
                                                        *(Sealed Case)*

JOHANNA LEIGH SMITH

_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION
## OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Thomas E. Morris (Doc. #S16) filed March 24, 2011, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Count One of the Information, and the Defendant is adjudged guilty of such offense. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

**SENTENCING** is hereby scheduled for **Wednesday, June 29, 2011, at 10:30 a.m.,** before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN TEN (10) DAYS PRIOR TO THE DATE FOR SENTENCING.

**DONE AND ORDERED** at Jacksonville, Florida, this /3_ day of April, 2011.

**HARVEY E. SCHLESINGER**
United States District Judge

c:     Tysen Duva, Esq.
       Donald Mairs, Esq.
       U.S. Marshal
       U.S. Probation

S-19