## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 3:11-cr-54-J-20PDB

JOHANNA LEIGH SMITH
_____/

### O R D E R

This case is before the Court on the Report and Recommendation on Violation of Supervised Release entered by the United States Magistrate Judge Anthony E. Porcelli (Doc. No. 68), filed January 23, 2017, to which the parties waived a preliminary revocation hearing, and the court found probable cause to hold the Defendant for further proceedings before the United States District Judge; and on the Defendant's Unopposed Motion to Delay Violation of Supervised Release Hearing and Supporting Memorandum of Law (Doc. No. 70), filed January 25, 2017. The defendant represents that the Government is not in opposition to the motion.

Accordingly, it is hereby

**ORDERED**:

1.      The Report and Recommendation (Doc. No. 68) is **ADOPTED** by the Court.

2.      The Defendant's Unopposed Motion to Delay Violation of Supervised Release Hearing and Supporting Memorandum of Law (Doc. No. 70) is **GRANTED**.

3.      The defendant is herein scheduled for Final Revocation Hearing is set for **Wednesday, April 26, 2017, at 10:00 a.m.**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North

Hogan Street, Jacksonville, Florida.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of January, 2017.

**BRIAN J. DAVIS**
UNITED STATES DISTRICT JUDGE
On Behalf: HARVEY E. SCHLESINGER
United States District Judge

Copies furnished to:

Andrew Tysen Duva, AUSA
Lisa Call, Esq.